UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent. | Case No. A03-0102-2 CR (RRB) |
| vs. | |
| CLYDE FOWLER, | ORDER |
| Defendant/Petitioner, | |

After due consideration of defendant's motion on shortened time, the motion is GRANTED/~~DENIED~~.

After due consideration of defendant's Unopposed Motion to Extend Time for Filing Petition and Motion for Evidentiary Hearing, the motion is granted. Mr. Fowler shall have until December 19, 2005, within which to allege material facts warranting an evidentiary hearing and to provide a memorandum of points and authorities explaining how prejudice would be established by particular inadequacies attributable to his trial counsel's failure to render constitutionally adequate counsel.

DATED this 6th day of December, 2005, in Anchorage, Alaska.

JOHN D. ROBERTS
U.S. Magistrate Judge