FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 AM 11: 10

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff/Respondent.<br><br>vs.<br><br>CLYDE FOWLER,<br><br>            Defendant/Petitioner, | Case No. A03-0102-2 CR (RRB)<br><br>**UNOPPOSED MOTION TO ALLOW ADDITIONAL TIME TO FILE BRIEFING** |

Defendant/Petitioner Clyde Fowler, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to allow additional time for the briefing ordered in this case (Docket No. 113).

Mr. Fowler is still awaiting the promised opportunity to review discovery. He believes that will occur by January 9, 2006. Mr. Fowler's counsel is on personal leave until January 3, 2006.

This motion is unopposed by Assistant U.S. Attorney Stephen Collins.

123

DATED this 20th day of December 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Mary C. Geddes*
Mary C. Geddes
Assistant Federal Defender

Certification:
I certify that on December 20, 2005,
I hand delivered a copy of this document to:

Stephan A. Collins, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
222 West 7th Avenue, No. 9, Room 253
Anchorage, AK 99513-7567

*/s/ Karolyn Miller*
Karolyn Miller

2