LODGED
DEC 2 0 2005

**FILED**
DEC 2 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. A03-0102-2 CR (RRB) |
|---|---|
| Plaintiff/Respondent. | |
| vs. | **ORDER GRANTING DEFENDANT CLYDE FOWLER'S UNOPPOSED MOTION TO ALLOW ADDITIONAL TIME TO FILE BRIEFING** |
| CLYDE FOWLER, | |
| Defendant/Petitioner, | |

After due consideration of Defendant Clyde Fowler's Unopposed Motion to Allow Additional Time to File Briefing, the motion is GRANTED/~~DENIED~~.

It is hereby ordered that Mr. Fowler may have until _Jan 30, 2006_ to file the briefing ordered at Docket No. 113.

DATED this 21st day of December 2005, in Anchorage, Alaska.

_____
**JOHN D. ROBERTS**
*U.S. Magistrate Judge*

A03-0102--CR (RRB)   am 12-21-05
M. GEDDES (FPD)
S. COLLINS (US ATTY)

124