Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff/Respondent.<br><br>vs.<br><br>CLYDE FOWLER,<br><br>          Defendant/Petitioner, | Case No. A03-0102-2 CR (RRB)<br><br>**STATUS REPORT** |

Petitioner, Clyde Fowler, by and through counsel Mary C. Geddes, Assistant Federal Defender, has moved this court for relief pursuant to 28 U.S.C. § 2255.  The respondent is represented by Stephan Collins, Assistant United States Attorney.

Petitioner Fowler had complained he was deprived of his Sixth Amendment right to effective assistance of counsel at sentencing.  Mr. Fowler, who received a 60-month sentence, was represented at sentencing by Mitchell J. Schapira, an attorney whose license to practice law has been voluntarily suspended.

It is defense counsel's belief, based upon her last contact with Mr. Fowler, that he will not be proceeding with the litigation of this petition.  However, the undersigned needs to confirm

this belief, and has not yet done so.  Accordingly, she proposes to report on Mr. Fowler's firm

intentions by the end of next week.

DATED this 20th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 20, 2006, a copy of the
foregoing document was served electronically on:

Stephan Collins, Esq.

/s/ Mary C. Geddes