Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. A03-0102-2 CR (RRB) |
|---|---|
| Plaintiff/Respondent. | |
| vs. | **STATUS REPORT AND MOTION TO VOLUNTARILY DISMISS PETITION** |
| CLYDE FOWLER, | |
| Defendant/Petitioner, | |

      Petitioner, Clyde Fowler, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this status report and moves to voluntarily dismiss his petition for a writ of habeas corpus. The undersigned spoke to Mr. Fowler today and confirmed that he wishes to voluntarily dismiss his petition. Mr. Fowler will be sending a letter to confirm his wishes in writing.

///

///

///

///

Dated this 15th day of February, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on February 15, 2006, a copy of the foregoing document was served electronically on:

Stephan A. Collins, Esq.

/s/ Mary C. Geddes