Case 3:03-cr-00102-RRB-JDR    Document 126    Filed 02/15/2006    Page 1 of 2

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent.<br><br>vs.<br><br>CLYDE FOWLER,<br><br>Defendant/Petitioner, | Case No. A03-0102-2 CR (RRB)<br><br><br>STATUS REPORT<br>AND<br>MOTION TO VOLUNTARILY<br>DISMISS PETITION |

Petitioner, Clyde Fowler, by and through counsel Mary C. Geddes, Assistant Federal

Defender, files this status report and moves to voluntarily dismiss his petition for a writ of habeas

corpus.  The undersigned spoke to Mr. Fowler today and confirmed that he wishes to voluntarily

dismiss his petition.  Mr. Fowler will be sending a letter to confirm his wishes in writing.

///

///

///

///

Dated this 15th day of February, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on February 15, 2006, a copy of the
foregoing document was served electronically on:

Stephan A. Collins, Esq.

/s/ Mary C. Geddes

The undersigned magistrate judge has reviewed the above
in light of the law and the facts and recommends that it be
GRANTED.

/s/ John D. Roberts                    02/15/2006
JOHN D. ROBERTS
United States Magistrate Judge

2