**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   CLYDE FOWLER

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                    CASE NO.  3:03-CR-00102-02-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 17, 2006

    Petitioner's Status Report and Motion to Voluntarily Dismiss Petition for Habeas Corpus at Docket 127 is GRANTED.

[]{IA.WPD*Rev.12/96}