PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Probation
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Clyde Dennis Fowler     Case Number: 3:03CR000102-002 (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   May 5, 2004

Original Offense:   Conspiracy, Money Laundering

Original Sentence:   60 months imprisonment, 4 years supervised release

Date Supervision will Commence:   September 3, 2007

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

"The defendant shall abstain from all use of alcohol or alcoholic beverages and shall not frequent bars or establishments where alcohol is the primary item sold."

"The defendant shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. The defendant shall contribute to the cost of treatment in an amount to be determined by the probation officer."

### CAUSE

On May 5, 2004, the Court sentenced the defendant to 60 months imprisonment and four years supervised release for the above crimes. The defendant is to be released on September 3, 2007. The defendant is seeking release to the District of Arizona. That District has evaluated his request and advised that they will assume supervision if the offender's conditions are modified as above. On July 26, 2006, the defendant signed the attached waiver and it is therefore respectfully requested that the Court order the modification of conditions as set forth above.

*Request for Modification of Conditions or Term*
*Name of Offender      :      Clyde Dennis Fowler*
*Case Number           :      A03-0102-02 CR (RRB)*

                                                Respectfully submitted,

                                                Eric D. Odegard
                                                U.S. Probation/Pretrial Services Officer
                                                Date: July 27, 2006

## THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[\]   The Modification of Conditions as Noted Above
[ ]   Other:

_____

_____

                                                Ralph R. Beistline
                                                U.S. District Court Judge
                                                Date: 7/27/06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Clyde Dennis Fowler                    Docket No. 3:03CR00102-002 (RRB)

    I, __Clyde Dennis Fowler__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall abstain from all use of alcohol or alcoholic beverages and shall not frequent bars or establishments where alcohol is the primary item sold."

"The defendant shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. The defendant shall contribute to the cost of treatment in an amount to be determined by the probation officer."

Signed: _Clyde Dennis Fowler_    Date: _7/26/06_
Clyde Dennis Fowler
Probationer or Supervised Releasee

Witness: _Jennifer Bourn_    Date: _7/26/06_
Jennifer Bourn
Case Manager