Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff/Respondent.<br><br>vs.<br><br>CLYDE FOWLER,<br><br>           Defendant/Petitioner, | Case No. 3:03-cr-0102-RRB<br><br>**MOTION TO RETURN PERSONAL PROPERTY OF CLYDE DENNIS FOWLER** |

      Petitioner, Clyde Fowler, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves for the return of Mr. Fowler's personal property, i.e., his passport and his medical marijuana card.  Mr. Fowler is presently incarcerated; however, his release date is September 3, 2007, according to the BOP web site.  This office may temporarily accept the property on his behalf.

///

///

///

DATED this 31st day of July, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on *, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ Mary C. Geddes