Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Respondent.<br><br>　vs.<br><br>CLYDE FOWLER,<br><br>　　　　　Defendant/Petitioner, | Case No. 3:03-cr-0102-RRB<br><br>**AMENDED MOTION TO RETURN PERSONAL PROPERTY OF CLYDE DENNIS FOWLER** |

　　　　　Petitioner, Clyde Fowler, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves for the return of Mr. Fowler's personal property, *i.e.*, his passport and his medical marijuana card.  Mr. Fowler is presently incarcerated; however, his release date is September 3, 2007, according to the BOP web site.  This motion is amended to notify the court that, as far as counsel knows, the Federal Public Defender does not have a copy of Mr. Fowler's receipt for his property.

　　　　　The office of the Federal Public Defender may temporarily accept the property on his behalf.

DATED this 13th day of July 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on August 13, 2007, a copy of the *Amended Motion to Return Personal Property of Clyde Dennis Fowler* was served electronically on:

Stephan A. Collins, Esq.

/s/ Mary C. Geddes