UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent.<br><br>vs.<br><br>CLYDE FOWLER,<br><br>    Defendant/Petitioner, | Case No. 3:03-cr-0102-RRB<br><br>~~PROPOSED~~ **ORDER FOR**<br>**RELEASE OF PROPERTY** |

After due consideration of defendant's Amended Motion to Return Personal Property of Clyde Dennis Fowler, the motion is GRANTED. The Clerk shall release to a representative of the Office of the Federal Public Defender for the District of Alaska, defendant Clyde Dennis Fowler's personal property currently held at the Clerk's Office, including Mr. Fowler's passport and medical marijuana card.

DATED this 29 day of August, 2007, in Anchorage, Alaska.

S/RRB
RALPH R. BEISTLINE
UNITED STATED DISTRICT COURT JUDGE